IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,

       Plaintiff,

v.

CAROL ANN SKEES, and
WILLIAM D. SKEES,

       Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. Virginia Wentz
    Secretary

    The Stipulated Extension to Respond to Complaint, filed on July 20, 2005, is granted to and including August 05, 2005.

Dated: July 21, 2005