IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,

        Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

        Defendants.

_____

ORDER DENYING MOTION TO DISMISS
_____

On August 5, 2005, defendants filed a motion to dismiss the complaint under Fed.R.Civ.P. 12(b)(1) and (6).  The complaint sufficiently states a claim for relief within the jurisdiction of this court.  It is therefore

ORDERED that the motion to dismiss is denied.

DATED:  October 26, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge