IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-00803-RPM**

GOLDEN RULE INSURANCE COMPANY,

     Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

     Defendants.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


  The Motion to Vacate February 8, 2006, Scheduling Conference (Doc. #22) is granted and the scheduling conference and hearing on defendants' motion to dismiss **rescheduled for February 13, 2006, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.


Dated:   January 27, 2006