IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,

        Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

        Defendants.

_____

ORDER DENYING MOTION FOR PROTECTIVE ORDER
_____

The Stipulated Motion for Protective Order is denied for failure to comply with

D.C.COLO.LCivR 7.2 and 7.3.

DATED:  August 4, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge