IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 22, 2006
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,           Jeffrey S. Detlefs
                                                                                   Jeffrey A. Anderson

       Plaintiff,

v.

CAROL ANN SKEES, and                                Brian A. Murphy
WILLIAM D. SKEES,                                        Gail Post

       Defendants.
_____

### COURTROOM MINUTES
_____

**Motion Hearing**

**10:00 a.m.**     **Court in session.**

Discussion between Court and Mr. Murphy regarding the failure of counsel to agree and sign a protective order that complies with Local Rules 7.2 and 7.3.

Counsel sign and tender to Court an Amended Stipulated Motion for Protective Order.

**ORDERED:**     **Amended Stipulated Motion for Protective Order is granted and approved.**

10:09 a.m.     Argument by Mr. Murphy.
10:15 a.m.     Argument by Mr. Anderson.
10:21 a.m.     Further argument by Mr. Murphy.

**ORDERED:**     **Defendants' Motion to Compel Answers to Interrogatories and Production of Documents, August 24, 2006 [37], is granted as directed and agreed by counsel in court.**

**ORDERED:**     **Unopposed Motion to Extend Discovery Cut-Off for Two Weeks, filed September 11, 2006 [38], is granted.**
                 **Counsel shall file a stipulation modifying the scheduling order discovery deadlines.**

**10:30 a.m.**     **Court in recess.**    Hearing concluded. Total time in court: 30 min.