FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GOLDEN RULE INSURANCE COMPANY,           )
                                          )
    Plaintiff/Counterdefendant,           ) Case No. 1:05-CV-00803-RPM
                                          )
vs.                                       )
                                          )
CAROL ANN SKEES and WILLIAM D. SKEES      )
                                          )
    Defendants/Counterplaintiffs          )

**ORDER RE: AMENDED STIPULATED MOTION FOR PROTECTIVE ORDER**

This matter comes before the Court on the Amended Stipulated Motion for Protective Order filed by Plaintiff Golden Rule Insurance Company and Defendants Carol A. Skees and William D. Skees, through their respective counsel, on August 16, 2006, and the Court having reviewed said Motion and being fully advised:

NOW ORDERS that the Amended Stipulated Motion for Protective Order is GRANTED. Golden Rule shall produce indexes and relevant portions of its Underwriting Manual, State Variations Manual Regarding Colorado and PreScreen Unit Guidelines for Claims Review subject to the terms and conditions set forth in the Amended Stipulated Motion for Protective Order, which terms and conditions are expressly adopted and incorporated by reference in this Order. The Court may, in its discretion, use its contempt powers or any other appropriate sanctions to enforce the terms of this Protective Order upon motion by any party.

DATED this 22nd day of September, 2006.

Richard P. Matsch
Senior U.S. District Court Judge

6002.001(2)