IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,

        Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

        Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is now ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **May 3, 2007, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **April 26, 2007.**

DATED:  March 14, 2007

                                         BY THE COURT:
                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge