**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:            May 3, 2007
Courtroom Deputy:   J. Chris Smith
ECR Technician:     Kathy Terasaki

_____

Civil Action No. 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,                David A. Anderson
                                              Jeffrey Detlefs
    Plaintiff,

v.

CAROL ANN SKEES, and                          Brian Murphy
WILLIAM D. SKEES,

    Defendants.
_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**2:37 p.m.      Court in session.**

**ORDERED:     Motion to Close Discovery and Reset Deadline for Dispositive Motions, filed March 16, 2007 [45], is moot.**

Court determines that plaintiff's claim is equitable and will be tried before any jury trial on defendants' counterclaims.  Mr. Murphy state defendants' objections.
Court states its deposition transcript designation procedure.

**ORDERED:     One day trial to Court on plaintiff's recision claim scheduled July 20, 2007.
              Deposition transcript designations submitted by July 6, 2007.
              Revised final pretrial order submitted by May 11, 2007.**

**2:48 p.m.      Court in recess.**