IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,

        Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

        Defendants.
_____

ORDER DENYING DEFENDANTS' MOTION TO VACATE BENCH TRIAL AND SET JURY TRIAL
_____

Upon review of the defendants' motion, filed June 12, 2007, to vacate the bench trial set for July 20, 2007, and set a jury trial on the defendants' counterclaims, it is

ORDERED that the motion is denied. The trial to the Court on the plaintiff's claim for declaratory judgment validating rescission of the health insurance contract will proceed as scheduled on July 20, 2007. It is

FURTHER ORDERED that trial briefs will be filed by 5:00 p.m. M.D.T. on Tuesday, July 17, 2007.

        DATED: July 10, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge