IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,

        Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

        Defendants.
_____

## ORDER VACATING TRIAL
_____

    Pursuant to the Order of the United States Court of Appeals for the Tenth

Circuit, entered today, it is

    ORDERED that the trial to the Court scheduled for July 20, 2007, is vacated.

    DATED:  July 17, 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge