IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00803-RPM

GOLDEN RULE INSURANCE COMPANY,

        Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

        Defendants.

_____

ORDER OF RECUSAL
_____

By Order entered today the United States Court of Appeals for the Tenth Circuit directed that the trial to the Court scheduled for July 20, 2007, be vacated and that this Court try to a jury all genuine issues of material fact common to the parties.  Because I am in disagreement with that order and because my fairness in the trial of both jury and non-jury issues and claims may reasonably be questioned, it is

ORDERED that I recuse myself in this case and direct that the case be reassigned to another judge of this court.

DATED: July 17, 2007

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge