IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00803–EWN

GOLDEN RULE INSURANCE
COMPANY,

    Plaintiff,

v.

CAROL ANN SKEES, and
WILLIAM D. SKEES

    Defendants.

## ORDER

This matter is before the court with regard to "Plaintiff's Brief in Support of Motion for Summary Judgment," filed October 29, 2007. After perusing the brief, the court concluded that a rule violation requires it to be stricken and refiled.

Plaintiff's brief fails to comport with this court's standard concerning factual submissions by a summary judgment movant, which provides:

> In a section of the brief . . . styled "Statement of Undisputed Material Facts," the movant shall set forth in ***simple, declarative sentences, separately numbered and paragraphed***, each material fact which the movant believes is not in dispute and which supports movant's claim that movant is entitled to judgment as a matter of law.

(Practice Standards — Civil: Special Instructions Concerning Motions for Summary Judgment ¶ 1.)  This rule exists for a reason.  It focuses the parties on specific facts and permits the court to distinguish between those allegations which are truly at issue and those which are not.

Contrary to this simple requirement, Plaintiff has set forth numerous lengthy paragraphs containing multiple factual allegations.  Rather than require Defendant to respond to these compound allegations, the court will strike Plaintiff's brief and require a compliant submission.  Based on the foregoing it is therefore ORDERED that:

1. Plaintiff's brief in support of its motion for summary judgment (#69) is STRICKEN.

2. Plaintiff has ten days from the date of this order to submit a brief that complies with this order.

Dated this 30th day of October, 2007

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge