IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 05-cv-00803-PAB

GOLDEN RULE INSURANCE COMPANY,

    Plaintiff,

v.

CAROL ANN SKEES and
WILLIAM D. SKEES,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the parties' Stipulation to Dismiss with Prejudice (Docket No. 99). The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear his/her/its own attorneys' fees and costs.

DATED November 17, 2008.

                                                BY THE COURT:

                                               /s Philip A. Brimmer
                                               PHILIP A. BRIMMER
                                               United States District Judge